

A CERTIFIED TRUE COPY
ATTEST
By Jakela Mells on Jun 03, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

**May 18, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**  MDL No. 875

C 09-1322 EMC
(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-322)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,548 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

**Jun 03, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6/3/09
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL No. 875

## SCHEDULE CTO-322 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

**CALIFORNIA CENTRAL**
CAC   2   09-2275   Lois Jean Conner, et al. v. Alfa Laval, Inc., et al.

**CALIFORNIA NORTHERN**
CAN   3   09-1242   Douglas Coughran, et al. v. United States of America
CAN   3   09-1269   Richard Close v. General Electric Co., et al.
CAN   3   09-1271   Edward Brazzi, et al. v. United States of America
CAN   3   09-1322   Sharon Woody, et al. v. General Electric Co., et al.
CAN   3   09-1358   Bruce Arnold, et al. v. A.W. Chesterton Co., et al.
CAN   3   09-1782   Wiley Utterback v. Foster Wheeler LLC, et al.
~~CAN   4   09-1456   John Dobrocke, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Vacated 6/1/09**
CAN   4   09-2012   Barbara Hulsen, et al. v. General Electric Co., et al.

**DELAWARE**
DE   1   09-235   Janice Happel, etc. v. Anchor Packing Co., et al.

**FLORIDA SOUTHERN**
FLS   1   09-20578   Laura Benjamin, etc v. A.W. Chesterton Co., et al.

**LOUISIANA EASTERN**
LAE   2   09-3347   Union Carbide Corp., et al. v. South African Marine Corp., Ltd., et al.

**MASSACHUSETTS**
~~MA   1   09-10365   Contrino A. Geraldine, etc. v. General Electric Co., et al.~~ Opposed 5/29/09
MA   1   09-10509   Lynn Montero, etc. v. Viad Corp., et al.

**MAINE**
ME   2   09-147   Eleanor Hayes, et al. v. Metropolitian Life Insurance Co., et al.

**MINNESOTA**
MN   0   09-829   Charles Traxler v. Soo Line Railroad Co.

## MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)

### NORTH CAROLINA EASTERN
| | | |
|---|---|---|
| NCE 7 | 09-29 | Robert Owen Tallent, et al. v. Aqua-Chem, Inc., et al. |

### NORTH CAROLINA MIDDLE
| | | |
|---|---|---|
| NCM 1 | 09-271 | Monroe Steele, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-273 | James Robert Shumake, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-274 | Thomas Wayne Thompson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-275 | Hoyle Jennings Ford, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-282 | Mark Grey Lawson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-284 | Carl Eugene Dry, II, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-325 | Richard Ben Barber, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-326 | Brady Gray Reavis, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-334 | Florence P. Haynes, etc. v. A.W. Chesterton Co., et al. |
| NCM 1 | 09-337 | Steve Franklin Joyce, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-341 | David Dexter Allmon, et al. v. Aqua-Chem, Inc., et al. |

### NORTH CAROLINA WESTERN
| | | |
|---|---|---|
| NCW 1 | 09-131 | Donald Eugene King, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-132 | Albert Wayne Lingerfelt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-133 | Buren Edward McSwain, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-135 | William Hunter Miller, et al.v Aqua-Chem, Inc., et al. |
| NCW 1 | 09-136 | Larry Bryant Reynolds, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-137 | Tony Lee Scruggs, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-139 | Steve Wayne Sexton v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-140 | Donald McKenny Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-141 | Jimmy Dale Stone, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-142 | Bobby Charles Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-143 | Ronald Phifer Fink, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-144 | Daniel Lee McCraw, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-147 | Michael Phillip Rogers, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-148 | Samuel Furman Sherrill, et al. v. Aqua-Chem. Inc., et al. |
| NCW 1 | 09-149 | Glen Phillip Karasiewicz, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-150 | Darrell Bundy Wolfe, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-153 | Bennie Ray Godwin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-154 | Timothy Leroy Heiskell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-156 | Rhonda T. Russell, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-157 | Fay H. Beckham, et al. v. CBS Corp., et al. |
| NCW 1 | 09-167 | Carl H. Krumroy, et al. v. Hobart Brothers Co., et al. |
| NCW 1 | 09-171 | Curtis James Nolen, Sr. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-176 | Ricky Eugene Owens, et al. v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)

NEW YORK EASTERN
  NYE  1   05-2720         William Hamilton, etc. v. A.W. Chesterton Co., et al.

OHIO NORTHERN
  ~~OHN  1   09-10002~~        ~~William Sillanpa v. Durabla Manufacturing Co.~~ Opposed 5/27/09
  OHN  1   09-10003        Roger Willoughby v. A-C Product Liability Trust, et al.
  OHN  1   09-10004        Anthony R. Tomassetti v. A-C Product Liability Trust, et al.
  OHN  1   09-10005        Rodolfo M. Carramanzana v. A-C Product Liability Trust, et al.
  OHN  1   09-10006        Emilio G. Miranda v. A-C Product Liability Trust, et al.
  OHN  1   09-10007        Alfonso G. Amposta v. A-C Product Liability Trust, et al.
  OHN  1   09-10008        John L. Fischer v. A-C Product Liability Trust, et al.
  OHN  1   09-10009        Elvin E. Rudasill v. A-C Product Liability Trust, et al.
  OHN  1   09-10010        Philip J. Alesi, Sr. v. A-C Product Liability Trust, et al.
  OHN  1   09-10011        Roger A. Hornecker v. A-C Product Liability Trust, et al.
  ~~OHN  1   09-10015~~        ~~Ray Fellows v. Allied Glove Corp., et al.~~ Opposed 6/2/09

RHODE ISLAND
  RI   1   08-533          Vickie Gasiorowski, et al. v. Buffalo Pumps, Inc., et al.
  RI   1   09-194          Duane Riemann, et al. v. Buffalo Pumps, Inc., et al.

SOUTH CAROLINA
  SC   0   09-882          Gerald Tinsley Mode, et al. v. Aqua-Chem, Inc., et al.
  SC   0   09-970          Leroy Stroud, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC   0   09-1040         Wendell Alphonzo Norwood, et al. v. Aqua-Chem, Inc., et al.
  SC   6   09-881          Michael Homer Masters, et al. v. Aqua-Chem, Inc., et al.
  SC   6   09-972          Richard Caldwell Layton, et al. v. Aqua-Chem, Inc., et al.
  SC   7   09-884          Knox Douglas Hambright v. Aqua-Chem, Inc., et al.
  SC   8   09-883          William Chane Land, et al. v. Aqua-Chem, Inc., et al.
  SC   8   09-968          Edward Robert Holden, et al. v. Aqua-Chem, Inc., et al.
  SC   8   09-969          Ronnie Eugene Nix, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC   8   09-973          James David Hunt, et al. v. Aqua-Chem, Inc., et al.
  SC   8   09-974          Wendell Scott Haynes v. Aqua-Chem, Inc., et al.
  SC   8   09-975          Anthony Frank Gross, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC   8   09-976          Marshall Sheriff Buchanan, et al. v. Aqua-Chem, Inc., et al.
  SC   8   09-987          Ray Wrenn Vassey, et al. v. Aqua-Chem, Inc., et al.
  SC   8   09-989          Marion Grover Powell, et al. v. Aqua-Chem, Inc., et al.
  SC   8   09-993          Ricky Joe Nelms, et al. v. Aqua-Chem, Inc., et al.
  SC   8   09-995          Ronald Douglas Mauldin, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC   8   09-1038         David Earl Webb, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

TEXAS EASTERN
TXE  2  09-74        Joyce Bush, et al. v. Allis-Chalmers Product Liability Trust, et al.

VIRGINIA EASTERN
VAE  2  09-9521      Edward J. Otto v. American Standard, Inc., et al.
VAE  2  09-9522      Monroe v. American Standard, Inc., et al.
VAE  2  09-9523      Thomas F. Siminski v. American Standard, Inc., et al.
VAE  2  09-9524      Milton G. Snavely v. American Standard, Inc., et al.
VAE  2  09-9525      Monroe v. American Standard, Inc., et al.
VAE  2  09-9526      Monroe v. American Standard, Inc., et al.
VAE  2  09-9527      Steele v. American Standard, Inc., et al.
VAE  2  09-9528      William J. Adams v. American Standard, Inc., et al.
VAE  2  09-9529      Thomas R. Berkshire v. Berkshire, et al.
VAE  2  09-9530      Franklin D. Bess v. American Standard, Inc., et al.
VAE  2  09-9531      Ivan J. Garman v. American Standard, Inc., et al.
VAE  2  09-9532      Monroe v. American Standard, Inc., et al.
VAE  2  09-9533      Thomas E. Hutchins v. American Standard, Inc., et al.
VAE  2  09-9534      Francis M. Hendricks, et al. v. Certainteed Corp., et al.

WASHINGTON WESTERN
WAW 2  09-483        William Dennis v. Todd Shipyards Corp., et al.
WAW 3  09-5087      Pauline Leonard Thompson, etc. v. Foster Wheeler, LLC, et al.

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION
        MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-322) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure